JOSEPH R. McGUIRE, Respondent, *v.* NEW YORK RAILWAYS COMPANY, Appellant.

(Submitted January 10, 1921; decided January 18, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 230 N. Y. 23.)

---

MORRIS H. CHURCH, Respondent, *v.* GEORGE J. CHURCH et al., Appellants.

*Appeal — unanimous affirmance — failure to obtain permission to appeal.*

*Church* v. *Church*, 192 App. Div. 947, appeal dismissed.

(Submitted January 10, 1921; decided January 18, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 4, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Charles E. Spencer* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.